IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01108-RPM

SUSAN A. JIRON,

    Plaintiff,

v.

HB MANAGEMENT GROUP, INC.,

    Defendant.

---

ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

---

After review of the parties' Joint Motion to Modify Scheduling Order, filed December 23, 2011 [15], it is

**ORDERED that the motion is granted and the deadlines are extended as follows:**

    **Deposition Deadline:** **February 15, 2012**
    **Dispositive Motions:** **March 28, 2012**

Dated:    December 23rd, 2011

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge