IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01108-RPM

SUSAN A. JIRON,

      Plaintiff,

v.

HB MANAGEMENT GROUP, INC.,

      Defendant.

_____

ORDER FOR DISMISSAL

_____

Pursuant to the Stipulation for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) filed February

14, 2012, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and

attorneys' fees.

Dated:   February 14th, 2012

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge