IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01108-RPM

SUSAN A. JIRON,

      Plaintiff,

v.

HB MANAGEMENT GROUP, INC.,

      Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) filed February 14, 2012, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: February 14th, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge